# CERTIFICATE OF SERVICE

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF ILLINOIS** | **Case #: 19-cv-01521** |

**Syed Ali**

**vs.**

**National Credit Adjusters**

Plaintiff

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons; Complaint; Exhibit; Civil Cover Sheet; Attorney Appearance Form**

PARTY SERVED: **NATIONAL CREDIT ADJUSTERS C/O ILLINOIS CORPORATION SERVICE COMPANY**

PERSON SERVED: **KEN DAVIS, TECH SPECIALIST**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **03/05/2019 at 9:35 AM**

ADDRESS, CITY AND STATE: **801 ADLAI STEVENSON DR, SPRINGFIELD, IL 62703**

DESCRIPTION: **Black, Male, 22, 5'4", 140 lbs, Black hair and was wearing glasses**

I declare under penalties of perjury that the information contained herein is true and correct.

Executed on the 6th day of March, 2019.

_____
Barbara A West
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

CLIENT: **Suburban Legal Group PC**
FILE #:

Tracking #: **400425**